Tenesa S. Powell, Esq.
Nevada Bar No. 12488
Amanda Patanaphan, Esq.
Nevada Bar No. 15080
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: tenesa.powell@jacksonlewis.com
Email: amanda.patanaphan@jacksonlewis.com

*Attorneys for Defendants*
*Pinnacle Property Management Services, LLC_*
*and Cushman & Wakefield U.S., Inc.______*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNA M. JABARA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, a foreign limited-liability company; CUSHMAN & WAKEFIELD U.S., INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-01629-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS PINNACLE PROPERTY MANAGEMENT SERVICES, LLC AND CUSHMAN & WAKEFIELD U.S., INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Jenna M. Jabara, ("Plaintiff"), by and through her counsel, Jason Maier, Esq. and Danielle J. Barraza, Esq. of Maier Gutierrez & Associates, and Defendants, Pinnacle Property Management Services, LLC ("Pinnacle"), and Cushman & Wakefield U.S., Inc. ("C&W") (collectively "Defendants"), by and through their counsel, Tenesa S. Powell, Esq. and Amanda Patanaphan, Esq. of the law firm of Jackson Lewis P.C., that Defendants shall have an extension up to and including July 17, 2026, in which to file their respective Responses to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Plaintiff filed her Complaint (ECF No. 1) on May 28, 2026, in the United States District Court, District of Nevada, Case No. 2:26-cv-01629-GMN-EJY.

2. Service of process on both Defendants occurred on June 16, 2026 (ECF Nos. 6 and 7), making a response due on July 7, 2026.

3. Defendants' counsel recently received this case and reached out to Plaintiff's counsel to negotiate a short extension to respond to the Complaint to allow for time to learn about the case, to which Plaintiff's counsel, Danielle J. Barraza, Esq., agreed.

4. Initially, the Parties agreed to stipulate to extend the deadline to July 14, 2026. Defendants requested a small extension due to other scheduled matters, to which Plaintiff's counsel agreed.

5. The Parties thus stipulate to extend the deadline to July 17, 2026, for Defendants to file their responses to the Complaint.

6. This is the second request for an extension of time for Defendants to file their responses to Plaintiff's Complaint.

7. This Stipulation is made in good faith and not for the purpose of delay.

8. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 14th day of July, 2026.

**MAIER GUTIERREZ & ASSOCIATES**

*/s/Danielle J. Barraza*
Jason Meier, Esq. # 8557
Danielle J. Barraza, Esq. # 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiff*
*Jenna M. Jabara*

**JACKSON LEWIS P.C.**

*/s/ Amanda Patanaphan*
Tenesa S. Powell, Esq. # 12488
Amanda Patanaphan, Esq. #15080
300 South Fourth Street, Suite 900
Las Vegas, Nevada 8910

*Attorneys for Defendant*
*Pinnacle Property*
*Management Services, LLC and*
*Cushman & Wakefield U.S., Inc.*

**ORDER**

IT IS SO ORDERED.

______________________________
United States Magistrate Judge

Dated: July 15, 2026