JASON R. MAIER, ESQ.
Nevada Bar No. 8557
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail: jrm@mgalaw.com
djb@mgalaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNA M. JABARA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, a foreign limited-liability company; CUSHMAN & WAKEFIELD U.S., INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01629-GMN-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL ARBITRATION; MOTION TO STAY DISCOVERY PENDING DECISION OF MOTION TO COMPEL ARBITRATION; AND MOTION TO STAY CASE PENDING COMPLETION OF ARBITRATION**<br><br>**[FIRST REQUEST]** |

Plaintiff Jenna M. Jabara ("Plaintiff"), by and through her attorneys, MAIER GUTIERREZ & ASSOCIATES, and Defendants Pinnacle Property Management Services, LLC and Cushman & Wakefield U.S., Inc.'s ("Defendants"), by and through their counsel of record, JACKSON LEWIS P.C., hereby stipulate and agree as follows:

1. The deadline for Plaintiff to file her respective Responses to Defendants' Motion to Compel Arbitration, Motion to Stay Discovery Pending Decision of Motion to Compel Arbitration, and Motion to Stay Case Pending Completion of Arbitration [ECF Nos. 24, 25, and 26] is **September 3, 2026**.

2. Due to the breadth of the briefing and the time needed to respond on these separate issues, the parties hereby agree to extend Plaintiff's deadline to file responsive pleadings by six (6)

days, making the new deadline **September 9, 2026**.

3. This stipulation is made in good faith and not for purposes of delay. The parties believe that good cause exists for granting this extension. FRCP 6(b)(1). Furthermore, this is the first stipulation to continue a deadline for filing respective Responses to the pending Motions.

DATED this 2nd day of September, 2026.

**MAIER GUTIERREZ & ASSOCIATES**

*/s/ Danielle J. Barraza*
JASON MAIER, ESQ.
Nevada Bar No. 8557
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

DATED this 2nd day of September, 2026.

**JACKSON LEWIS, P.C.**

*/s/ Tenesa S. Powell*
DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

______________________________
UNITED STATES MAGISTRATE JUDGE

Dated: September 3, 2026