DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: tenesa.powell@jacksonlewis.com

*Attorneys for Defendants*
*Pinnacle Property Management Services, LLC*
*and Cushman & Wakefield U.S., Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNA M. JABARA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, a foreign limited-liability company; CUSHMAN & WAKEFIELD U.S., INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-01629-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO COMPEL AND CONTINUE HEARING**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Jenna M. Jabara, ("Plaintiff"), by and through her counsel, Jason Maier, Esq. and Danielle J. Barraza, Esq. of Maier Gutierrez & Associates, and Defendants, Pinnacle Property Management Services, LLC ("Pinnacle"), and Cushman & Wakefield U.S., Inc. ("C&W") (collectively "Defendants"), by and through their counsel, Tenesa S. Powell, Esq. of the law firm of Jackson Lewis P.C., that Defendants shall have an extension up to and including September 30, 2026, in which to file their Reply In Support of Its Motion to Compel. This Stipulation is submitted and based upon the following:

1. Defendant filed their Motion to Compel Arbitration, to Stay Discovery Pending

Decision on Motion to Compel and Motion to Stay Case Pending Completion of Arbitration on August 20, 2026. ECF No. 26.

2. Plaintiff filed her Opposition to Defendants Motion on September 9, 2026. ECF No. 30.

3. The Court scheduled a hearing for October 1, 2026. ECF No. 33.

4. The Parties thus stipulate to extend the deadline to September 30, 2026, for Defendants to file their Reply In Support of Motion to Compel Arbitration, to Stay Discovery Pending Decision on Motion to Compel and Motion to Stay Case Pending Completion of Arbitration due to Defendants' counsel experiencing personal medical issues impacting her ability to submit the reply brief by the current deadline of September 16, 2026.

5. This is the first request for an extension of time for Defendants to file Reply In Support of Motion to Compel Arbitration, to Stay Discovery Pending Decision on Motion to Compel and Motion to Stay Case Pending Completion of Arbitration.

6. This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated: September 16, 2026

**MAIER GUTIERREZ & ASSOCIATES**

*/s/ Danielle J. Barraza*
Jason Meier, Esq. # 8557
Danielle J. Barraza, Esq. # 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiff Jenna M. Jabara*

**JACKSON LEWIS P.C.**

*/s/ Tenesa S. Powell*
DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
*Attorneys for Defendant Pinnacle Property Management Services, LLC and Cushman & Wakefield U.S., Inc.*

**ORDER**

IT IS SO ORDERED.

United States Magistrate Judge

Dated: September 17, 2026